| | |
|---|---|
| | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZERIIYA ZEKKARIYAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSAL MUSIC-MGB SONGS, a division of UNIVERSAL MUSIC-MGB NA LLC, MARIAH CAREY, and JERMAINE DUPRI MAULDIN,<br><br>    Defendants. | CV 11-2912 PA (CWx)<br><br>JUDGMENT |

Pursuant to the Court's June 6, 2011 Minute Order dismissing with prejudice the claims alleged by plaintiff Zeriiya Zekkariyas ("Plaintiff") against defendants Universal Music-MGB Songs, a division of Universal Music-MGB NA LLC (erroneously sued as UMusic Publishing), Mariah Carey, and Jermaine Dupri Mauldin (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

//

//

//

//

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: June 6, 2011             _____
                                                         Percy Anderson
                                       UNITED STATES DISTRICT JUDGE